IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:22-CV-143-BO

| | | |
|---|---|---|
| MARY LOOSE DEVINEY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

This cause comes before the Court following plaintiff's failure to correct the deficiencies identified by order entered August 30, 2022, by United States Magistrate Judge Brian S. Meyers. [DE 2]. The time to correct the deficiencies has passed and plaintiff has failed to file a civil complaint and file either an application to proceed without prepayment of fees or pay the filing fee of $402. Accordingly, this action is DISMISSED WITHOUT PREJUDICE and the clerk is DIRECTED to close the case.

SO ORDERED, this  17  day of October 2022.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE